UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 22-587 MWF (MARx)**                                          Date:  February 16, 2022

Title   **Miles Park McCollum v. Opulous, et al.**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings (IN CHAMBERS):**   **ORDER TO SHOW CAUSE RE:  REQUIRED COPYRIGHT, PATENT, AND TRADEMARK REPORTING REQUIREMENTS**

Plaintiff is ordered to show cause, in writing, no later than **FEBRUARY 25, 2022,** why this action should not be dismissed for lack of prosecution.  The Court will consider the filing of the following on or before the above date as an appropriate response to this Order to Show Cause:

The Clerk of Court issued a Notice to Counsel Re: Copyright, Patent, and Trademark Reporting Requirements on February 4, 2022.  (Docket No. 8).  To date, counsel has filed to comply with the reporting requirements.  The required form(s) will be properly e-filed on or before **FEBRUARY 25, 2022**, or the Court may dismiss this action for failure to obey the Court's order.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm