GRODSKY, OLECKI & PURITSKY LLP
Allen B. Grodsky (SBN 111064)
allen@thegolawfirm.com
Tim B. Henderson (SBN 281159)
tim@thegolawfirm.com
11111 Santa Monica Boulevard, Suite 1070
Los Angeles, California 90025
Telephone: (310) 315-3009
Facsimile: (310) 315-1557

Attorneys for Defendants Ditto Ltd.
d/b/a Ditto Music and Lee James Parsons

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MILES PARKS MCCOLLUM professionally known as LIL YACHTY;<br><br>Plaintiff,<br><br>vs.<br><br>OPULOUS, a foreign entity, and DITTO LTD, d/b/a DITTO MUSIC, a foreign entity, and LEE JAMES PARSONS, a citizen of a foreign country,<br><br>Defendants. | Case No. 2:22-cv-00587-MWF-MAR<br><br>Before the Hon. Michael W. Fitzgerald, U.S. District Judge<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>**[Declaration of Tim B. Henderson and Proposed Order filed concurrently]**<br><br>Complaint allegedly served: March 23, 2022<br>Current response date: May 13, 2022<br>Proposed new response date: June 3, 2022<br><br>Action filed: March 8, 2022 |

By and through their counsel, Plaintiff Miles Parks McCollum p/k/a Lil Yachty ("Plaintiff") and Defendants Ditto Ltd. d/b/a Ditto Music and Lee James Parsons[1] ("Defendants") stipulate and ask the Court to order as follows:

## RECITALS

1. WHEREAS, Plaintiff claims to have served the Complaint on these Defendants on March 23, 2022;

2. WHEREAS, assuming for the sake of this stipulation only that service was complete on these Defendants on March 23, 2022, Defendants' original deadline to respond to the Complaint was April 13, 2022;

3. WHEREAS, on April 6, 2022, pursuant to Local Rule 8-3, Plaintiff and Defendants stipulated and agreed that Defendants could have an additional 30 days, up to and including May 13, 2022, to respond to Plaintiff's Complaint (Dkt. 34);

4. WHEREAS, since the parties' first stipulation to extend the time to respond to the Complaint, Plaintiff and Defendants have been engaged in settlement discussions;

5. WHEREAS, Plaintiff and Defendants have made progress towards resolving the case and have scheduled a further discussion between the principals during the week of May 9, 2022;

6. WHEREAS, Plaintiff and Defendants agree that a further short continuance of the time to respond to the Complaint to June 3, 2022 will aid the parties in their settlement discussions and allow them to focus time and resources on resolving the case rather than on motion practice that may be mooted in the near future by their settlement discussions;

7. WHEREAS through this stipulation, the parties do not waive, but rather expressly reserve, all rights with respect to this action and the claims in the

---

[1] On the Court's ECF system, "Lee James Parsons" is erroneously referred to as "Matthew James Parsons." Lee James Parsons is a party to this stipulation, not Matthew James Parsons.

Complaint, including all of Defendants' potential defenses thereto, including as to service of the Complaint and this Court's jurisdiction over Defendants.

## STIPULATION

NOW, THEREFORE, pursuant to the stipulation and agreement of Plaintiff and Defendants, Plaintiff and Defendants ask that the Court grant Defendants an extension of time to June 3, 2022 to respond to the Complaint.

Dated: May 6, 2022　　　　　　　GRODSKY, OLECKI & PURITSKY LLP
　　　　　　　　　　　　　　　　Allen B. Grodsky
　　　　　　　　　　　　　　　　Tim B. Henderson

　　　　　　　　　　　　　　By:　　/s/ Tim B. Henderson
　　　　　　　　　　　　　　　　　　Tim B. Henderson

　　　　　　　　　　　　　　Attorneys for Defendants Ditto Ltd. d/b/a Ditto Music and Lee James Parsons

Dated: May 6, 2022　　　　　　　THE ROUSSO, BOUMEL LAW FIRM PLLC
　　　　　　　　　　　　　　　　Adam T. Boumel

　　　　　　　　　　　　　　By:　　/s/ Adam T. Boumel
　　　　　　　　　　　　　　　　　　Adam T. Boumel

　　　　　　　　　　　　　　Attorneys for Plaintiff Miles Parks McCollum p/k/a Lil Yachty

## CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), the filing attorney attests that he has obtained concurrence regarding this document's content and authorization to file this document from the indicated signatories to the document.

Dated: May 6, 2022　　　　　　　　　　　　　/s/ Tim B. Henderson
　　　　　　　　　　　　　　　　　　　　　　　Tim B. Henderson