Adam T. Boumel, SBN 302788
Adam@roussolawfirm.com
Attorney for Plaintiff
THE ROUSSO, BOUMEL LAW FIRM PLLC
9350 S. Dixie Hwy, Suite 1520
Miami, FL 33156
Telephone: 305-670-6669
Fax: 305-670-6669

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MILES PARKS MCCOLLUM professionally known as LIL YACHTY;<br><br>Plaintiff,<br><br>vs.<br><br>OPULOUS, a foreign entity, and DITTO LTD, d/b/a DITTO MUSIC, a foreign entity, and LEE JAMES PARSONS, a citizen of a foreign country,<br><br>Defendants. | Case No. 2:22-cv-00587-MWF-MAR<br><br>Before the Hon. Michael W. Fitzgerald, U.S. District Judge<br><br>**STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS (Dkt. 39) (L.R. 7-11)**<br><br>**[Declaration of Adam T. Boumel and Proposed Order filed concurrently]** |

By and through their counsel, Plaintiff Miles Parks McCollum p/k/a Lil Yachty ("Plaintiff") and Defendants Ditto Ltd. d/b/a Ditto Music and Lee James Parsons ("Defendants") stipulate as follows:

### RECITALS

1. WHEREAS, on June 3, 2022, Defendants, DITTO LTD. and LEE JAMES PARSONS filed their Motion to Dismiss for Lack of Personal Jurisdiction and noticed same for hearing on July 11, 2022 (Dkt. 39).

2. WHEREAS, pursuant to Local Rule 7-9, Plaintiff's Opposition papers were due by June 20, 2021.

3. WHEREAS, Plaintiff's counsel's office erroneously calendared a due date for Plaintiff's Opposition papers as June 27, 2022 (the deadline for Defendant's Reply).

4. WHEREAS, Plaintiff's counsel was out of the country on a pre-planned family vacation from June 12 through June 18, 2022, and returned to his office on Monday, June 20, 2022.

5. WHEREAS, Plaintiff's counsel did not discover the calendaring error until he began to prepare Plaintiff's Opposition papers on June 21, 2022, and thereafter immediately contacted Defendants' counsel to request their consent and stipulation to continue the hearing on Defendants' Motion to Dismiss.

6. WHEREAS, on June 21, 2022, the parties were able to speak and Defendants consented to entering into this Stipulation of a Continuance of the Hearing on Defendants' Motion to Dismiss to allow Plaintiff sufficient opportunity to file his Opposition papers.

### STIPULATION

NOW, THEREFORE, pursuant to the stipulation and agreement of Plaintiff and Defendants, the parties ask that the Court continue the hearing on Defendants' Motion to Dismiss as follows:

New hearing date: Monday, August 1, 2022.

Plaintiff's Opposition Papers Due by: July 7, 2022

Defendants' Reply due by: July 18, 2022

Dated: June 21, 2022　　　　GRODSKY, OLECKI & PURITSKY LLP
　　　　　　　　　　　　　　　　Allen B. Grodsky
　　　　　　　　　　　　　　　　Tim B. Henderson

　　　　　　　　　　　　　　By:　 /s/  Tim B. Henderson
　　　　　　　　　　　　　　　　　Tim B. Henderson

Attorneys for Defendants Ditto Ltd. d/b/a Ditto Music and Lee James Parsons

Dated: June 21, 2022　　　　THE ROUSSO, BOUMEL LAW FIRM PLLC
　　　　　　　　　　　　　　　　Adam T. Boumel

　　　　　　　　　　　　　　By:　 /s/ Adam T, Boumel
　　　　　　　　　　　　　　　　　\Adam T. Boumel

Attorneys for Plaintiff Miles Parks McCollum p/k/a Lil Yachty

## **CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), the filing attorney attests that he has obtained concurrence regarding this document's content and authorization to file this document from the indicated signatories to the document.

Dated:　June 22, 2022　　　　　　　　/s/  Adam T. Boumel
　　　　　　　　　　　　　　　　　　　　Adam T. Boumel