UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 22-587-MWF(MARx)**                        Dated: **August 1, 2022**

Title:     Miles Park McCollum -*v*- Opulous, et al.

---

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

Rita Sanchez                          Suzanne McKennon
Courtroom Deputy                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

Adam T. Boumel                          Allen B. Grodsky
                                        Tim B. Henderson

**PROCEEDINGS:       TELEPHONIC MOTION TO DISMISS FOR LACK OF
                     JURISDICTION [39]**

The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

Initials of Deputy Clerk __rs__

-1-                                            :13 min