1  GRODSKY, OLECKI & PURITSKY LLP
   Allen B. Grodsky (SBN 111064)
2  allen@thegolawfirm.com
   Tim B. Henderson (SBN 281159)
3  tim@thegolawfirm.com
4  11111 Santa Monica Boulevard, Suite 1070
   Los Angeles, California 90025
5  Telephone:   (310) 315-3009
   Facsimile:    (310) 315-1557
6
7  Attorneys for Defendants
   Opulous, Ditto Ltd. d/b/a Ditto Music
8  and Lee James Parsons

9

10             UNITED STATES DISTRICT COURT
11             CENTRAL DISTRICT OF CALIFORNIA
12                    WESTERN DIVISION
13

14 | MILES PARKS MCCOLLUM        | Case No. 2:22-cv-00587-MWF-MAR
   | professionally known as LIL |
15 | YACHTY;                     | Before the Hon. Michael W. Fitzgerald,
   |                             | U.S. District Judge
16 | Plaintiff,                  |
   |                             | **ANSWER OF DEFENDANTS DITTO
17 | vs.                         | LTD d/b/a DITTO MUSIC AND LEE
   |                             | JAMES PARSON TO COMPLAINT**
18 | OPULOUS, a foreign entity, and |
   | DITTO LTD, d/b/a DITTO MUSIC, a | **REQUEST FOR JURY TRIAL**
19 | foreign entity, and LEE JAMES |
   | PARSONS, a citizen of a foreign | Action filed: March 8, 2022
20 | country,                    |
21 | Defendants.                 |
22

Defendant Ditto Ltd. p/k/a Ditto Music and Lee James Parsons ("Defendant") answer the Complaint ("Complaint") filed in this action by Plaintiff Miles Parks McCollum professionally known as Lil Yachty as follows:

**RESPONSE TO ALLEGATIONS RE: JURISDICTION AND VENUE**

1. In response to Paragraph 1 of the Complaint, Defendants admit that the Court has subject matter jurisdiction over this matter.

2. In response to Paragraph 2 of the Complaint, Defendants deny the allegations contained therein.

3. In response to Paragraph 3 of the Complaint, Defendants deny the allegations contained therein.

**RESPONSE TO ALLEGATIONS RE: THE NATURE OF THIS ACTION**

4. In response to Paragraph 4 of the Complaint, Defendants admit that Plaintiff purports to allege claims for trademark infringement, unfair competition in violation of the Lanham Act, violation of the statutory and common law right of publicity, and violation of Business & Professions Code § 17200. In further response to Paragraph 4 of the Complaint, Defendants deny each and every other allegation contained therein.

5. In response to Paragraph 5 of the Complaint, Defendants deny each and every allegation contained therein.

**RESPONSE TO ALLEGATION RE: THE PARTIES**

6. In response to Paragraph 6 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations therein, and on that basis deny each and every allegation contained therein.

7. In response to Paragraph 7 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations therein, and on that basis deny each and every allegation contained therein.

8. In response to Paragraph 8 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations therein, and on that basis deny each and every allegation contained therein.

9. In response to Paragraph 9 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations therein, and on that basis deny each and every allegation contained therein.

10. In response to Paragraph 10 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations therein, and on that basis deny each and every allegation contained therein.

11. In response to Paragraph 11 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations therein, and on that basis deny each and every allegation contained therein.

12. In response to Paragraph 12 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations therein, and on that basis deny each and every allegation contained therein.

13. In response to Paragraph 13 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations therein, and on that basis deny each and every allegation contained therein.

14. In response to Paragraph 14 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations therein, and on that basis deny each and every allegation contained therein.

15. In response to Paragraph 15 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations therein, and on that basis deny each and every allegation contained therein.

16. In response to Paragraph 16 of the Complaint, Defendants deny each and every allegation contained therein.

17. In response to Paragraph 17 of the Complaint, Defendants deny the allegations contained herein.

18. In response to Paragraph 18 of the Complaint, Defendants admit that Parsons is a co-founder and CEO of Defendant Ditto Music. In further answer to Paragraph 18 of the Complaint, Defendants deny each and every other allegation contained therein.

19. In response to Paragraph 19 of the Complaint, Defendants admit that the website at www.opulous.org at one time stated that Opulous "brings Decentralized Finance to the music industry, changing how artists access the funding they need and providing a launchpad for the first music copyright-backed NFTs." In further answer to Paragraph 19 of the Complaint, Defendants deny each and every other allegation contained therein.

20. In response to Paragraph 20 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations therein, and on that basis deny each and every allegation contained therein.

21. In response to Paragraph 21 of the Complaint, Defendants deny the allegations contained therein.

1       22.    In response to Paragraph 22 of the Complaint, Defendants assert that the allegations therein are merely argument and not the allegation of any fact and, on that basis, deny the allegations contained therein.

      23.    In response to Paragraph 23 of the Complaint, Defendants admit the allegations contained therein.

      24.    In response to Paragraph 24 of the Complaint, Defendants deny the allegations contained therein.

      25.    In response to Paragraph 25 of the Complaint, Defendants admit that Defendant Lee James Persons is a founder, co-owner and CEO of Ditto Music.  In further response to Paragraph 25 of the Complaint, Defendants deny each and every other allegation contained therein.

      26.    In response to Paragraph 26 of the Complaint, Defendants admit that Ditto Music is an online music distribution company which offers record label and music publishing services.  In further response to Paragraph 26 of the Complaint, Defendants deny each and every other allegation contained therein.

      27.    In response to Paragraph 27 of the Complaint, Defendants admit that Lee James Parsons is a resident of England.  In further response to Paragraph 27, Defendants deny each and every other allegation contained therein.

      28.    In response to Paragraph 28 of the Complaint, Defendants deny each and every allegation contained therein.

      29.    In response to Paragraph 29 of the Complaint, Defendants admit that Parsons is a co-founder, co-owner, and CEO of Defendant Ditto Music.  In further answer to Paragraph 29 of the Complaint, Defendants deny each and every other allegation contained therein.

      30.    In response to Paragraph 30 of the Complaint, Defendants deny the allegations contained therein.

      31.    In response to Paragraph 31 of the Complaint, Defendants admit that on or about May 19, 2021, Parsons, was introduced to the Plaintiff's management

company via a mutual contact.  In further answer to Paragraph 31, Defendants deny each and every other allegation contained therein.

32.   In response to Paragraph 32 of the Complaint, Defendants admit that on or about May 24, 2021, a conference call/virtual meeting took place, that Parsons and Plaintiff's manager "Coach" participated in the call, and that it was agreed that Coach would discuss the matter with Plaintiff.  In further answer to Paragraph 32, Defendants deny each and every other allegation contained therein.

33.   In response to Paragraph 33 of the Complaint, Defendants admit that, on or about May 24, 2021, a conference call/virtual meeting took place, and that Parsons, Plaintiff, and Coach attended.  In further answer to Paragraph 33, Defendants deny each and every other allegation contained therein.

34.   In response to Paragraph 34 of the Complaint, Defendants deny each and every allegation contained therein.

35.   In response to Paragraph 35 of the Complaint, Defendants admit that they made certain posts on social media that speak for themselves.  In further response to Paragraph 35 of the Complaint, Defendants deny each and every other allegation contained therein.

36.   In response to Paragraph 36 of the Complaint, Defendants deny the allegations contained therein.

37.   In response to Paragraph 37 of the Complaint, Defendants deny the allegations contained therein.

38.   In response to Paragraph 38 of the Complaint, Defendants deny the allegations contained therein.

39.   In response to Paragraph 39 of the Complaint, Defendants deny the allegations contained therein.

40.   In response to Paragraph 40 of the Complaint, Defendants admit that Music Business Worldwide published an article, Exhibit E appears to be a copy of

that article, and the article speaks for itself.  In further answer to Paragraph 40, Defendants deny each and every other allegation contained therein.

41. In response to Paragraph 41 of the Complaint, Defendants deny the allegations contained therein.

## FIRST CLAIM FOR RELIEF

42. In response to Paragraph 42 of the Complaint, Defendants repeat and reallege every allegation, admission, and denial set forth above in Paragraphs 1 through 41 as if fully set forth herein.

43. In response to Paragraph 43 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations therein, and on that basis deny each and every allegation contained therein.

44. In response to Paragraph 44 of the Complaint, Defendants deny the allegations contained therein.

45. In response to Paragraph 45 of the Complaint, Defendants deny the allegations contained therein.

46. In response to Paragraph 46 of the Complaint, Defendants deny the allegations contained therein.

47. In response to Paragraph 47 of the Complaint, Defendants deny the allegations contained therein.

## SECOND CLAIM FOR RELIEF

48. In response to Paragraph 48 of the Complaint, Defendants repeat and reallege every allegation, admission, and denial set forth above in Paragraphs 1 through 41 as if fully set forth herein.

49. In response to Paragraph 49 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the

allegations therein, and on that basis deny each and every allegation contained therein.

50. In response to Paragraph 50 of the Complaint, Defendants deny the allegations contained therein.

51. In response to Paragraph 51 of the Complaint, Defendants deny the allegations contained therein.

52. In response to Paragraph 52 of the Complaint, Defendants deny the allegations contained therein.

53. In response to Paragraph 53 of the Complaint, Defendants deny the allegations contained therein.

## THIRD CLAIM FOR RELIEF

54. In response to Paragraph 54 of the Complaint, Defendants repeat and reallege every allegation, admission, and denial set forth above in Paragraphs 1 through 41 as if fully set forth herein.

55. In response to Paragraph 55 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations therein, and on that basis deny each and every allegation contained therein.

56. In response to Paragraph 56 of the Complaint, Defendants deny the allegations contained therein.

57. In response to Paragraph 57 of the Complaint, Defendants deny the allegations contained therein.

58. In response to Paragraph 58 of the Complaint, Defendants deny the allegations contained therein.

59. In response to Paragraph 59 of the Complaint, Defendants deny the allegations contained therein.

## FOURTH CLAIM FOR RELIEF

60. In response to Paragraph 60 of the Complaint, Defendants repeat and reallege every allegation, admission, and denial set forth above in Paragraphs 1 through 41 as if fully set forth herein.

61. In response to Paragraph 61 of the Complaint, Defendants deny the allegations contained therein.

62. In response to Paragraph 62 of the Complaint, Defendants deny the allegations contained therein.

63. In response to Paragraph 63 of the Complaint, Defendants deny the allegations contained therein.

64. In response to Paragraph 64 of the Complaint, Defendants deny the allegations contained therein.

65. In response to Paragraph 65 of the Complaint, Defendants deny the allegations contained therein.

66. In response to Paragraph 66 of the Complaint, Defendants deny the allegations contained therein.

## FIFTH CLAIM FOR RELIEF

67. In response to Paragraph 67 of the Complaint, Defendants repeat and reallege every allegation, admission, and denial set forth above in Paragraphs 1 through 41 as if fully set forth herein.

68. In response to Paragraph 68 of the Complaint, Defendants deny the allegations contained therein.

69. In response to Paragraph 69 of the Complaint, Defendants deny the allegations contained therein.

70. In response to Paragraph 70 of the Complaint, Defendants deny the allegations contained therein.

1   71.   In response to Paragraph 71 of the Complaint, Defendants deny the
2   allegations contained therein.
3   72.   In response to Paragraph 72 of the Complaint, Defendants deny the
4   allegations contained therein.
5   73.   In response to Paragraph 73 of the Complaint, Defendants deny the
6   allegations contained therein.
7
8   **SIXTH CLAIM FOR RELIEF**
9   74.   In response to Paragraph 74 of the Complaint, Defendants repeat and
10   reallege every allegation, admission, and denial set forth above in Paragraphs 1
11   through 41 as if fully set forth herein.
12   75.   In response to Paragraph 75 of the Complaint, Defendants deny the
13   allegations contained therein.
14   76.   In response to Paragraph 76 of the Complaint, Defendants deny the
15   allegations contained therein.
16   77.   In response to Paragraph 77 of the Complaint, Defendants deny the
17   allegations contained therein.
18   78.   In response to Paragraph 78 of the Complaint, Defendants deny the
19   allegations contained therein.
20   79.   In response to Paragraph 79 of the Complaint, Defendants deny the
21   allegations contained therein.
22   80.   In response to Paragraph 80 of the Complaint, Defendants deny the
23   allegations contained therein.
24
25   **SEVENTH CLAIM FOR RELIEF**
26   81.   In response to Paragraph 81 of the Complaint, Defendants repeat and
27   reallege every allegation, admission, and denial set forth above in Paragraphs 1
28   through 41 as if fully set forth herein.

82. In response to Paragraph 82 of the Complaint, Defendants deny the allegations contained therein.

83. In response to Paragraph 83 of the Complaint, Defendants deny the allegations contained therein.

84. In response to Paragraph 84 of the Complaint, Defendants deny the allegations contained therein.

## EIGHTH CLAIM FOR RELIEF

85. In response to Paragraph 85 of the Complaint, Defendants repeat and reallege every allegation, admission, and denial set forth above in Paragraphs 1 through 41 as if fully set forth herein.

86. In response to Paragraph 86 of the Complaint, Defendants deny the allegations contained therein.

87. In response to Paragraph 87 of the Complaint, Defendants deny the allegations contained therein.

88. In response to Paragraph 88 of the Complaint, Defendants deny the allegations contained therein.

## NINTH CLAIM FOR RELIEF

89. In response to Paragraph 89 of the Complaint, Defendants repeat and reallege every allegation, admission, and denial set forth above in Paragraphs 1 through 41 as if fully set forth herein.

90. In response to Paragraph 90 of the Complaint, Defendants deny the allegations contained therein.

91. In response to Paragraph 91 of the Complaint, Defendants deny the allegations contained therein.

92. In response to Paragraph 92 of the Complaint, Defendants deny the allegations contained therein.

## TENTH CLAIM FOR RELIEF

93. In response to Paragraph 93 of the Complaint, Defendants repeat and reallege every allegation, admission, and denial set forth above in Paragraphs 1 through 41 as if fully set forth herein.

94. In response to Paragraph 94 of the Complaint, Defendants deny the allegations contained therein.

95. In response to Paragraph 95 of the Complaint, Defendants deny the allegations contained therein.

96. In response to Paragraph 96 of the Complaint, Defendants deny the allegations contained therein.

## ELEVENTH CLAIM FOR RELIEF

97. In response to Paragraph 97 of the Complaint, Defendants repeat and reallege every allegation, admission, and denial set forth above in Paragraphs 1 through 41 as if fully set forth herein.

98. In response to Paragraph 98 of the Complaint, Defendants deny the allegations contained therein.

99. In response to Paragraph 99 of the Complaint, Defendants deny the allegations contained therein.

100. In response to Paragraph 100 of the Complaint, Defendants deny the allegations contained therein.

## TWELFTH CLAIM FOR RELIEF

101. In response to Paragraph 101 of the Complaint, Defendants repeat and reallege every allegation, admission, and denial set forth above in Paragraphs 1 through 41 as if fully set forth herein.

1     102. In response to Paragraph 102 of the Complaint, Defendants deny the allegations contained therein.

3     103. In response to Paragraph 103 of the Complaint, Defendants deny the allegations contained therein.

5     104. In response to Paragraph 104 of the Complaint, Defendants deny the allegations contained therein.

## THIRTEENTH CLAIM FOR RELIEF

105. In response to Paragraph 105 of the Complaint, Defendants repeat and reallege every allegation, admission, and denial set forth above in Paragraphs 1 through 41 as if fully set forth herein.

106. In response to Paragraph 106 of the Complaint, Defendants deny the allegations contained therein.

107. In response to Paragraph 107 of the Complaint, Defendants deny the allegations contained therein.

108. In response to Paragraph 108 of the Complaint, Defendants deny the allegations contained therein.

109. In response to Paragraph 109 of the Complaint, Defendants deny the allegations contained therein.

110. In response to Paragraph 110 of the Complaint, Defendants deny the allegations contained therein.

111. In response to Paragraph 111 of the Complaint, Defendants deny the allegations contained therein.

## FOURTEENTH CLAIM FOR RELIEF

112. In response to Paragraph 112 of the Complaint, Defendants repeat and reallege every allegation, admission, and denial set forth above in Paragraphs 1 through 41 as if fully set forth herein.

1     113. In response to Paragraph 113 of the Complaint, Defendants deny the allegations contained therein.

    114. In response to Paragraph 114 of the Complaint, Defendants deny the allegations contained therein.

    115. In response to Paragraph 115 of the Complaint, Defendants deny the allegations contained therein.

    116. In response to Paragraph 116 of the Complaint, Defendants deny the allegations contained therein.

    117. In response to Paragraph 117 of the Complaint, Defendants deny the allegations contained therein.

    118. In response to Paragraph 118 of the Complaint, Defendants deny the allegations contained therein.

## FIFTEENTH CLAIM FOR RELIEF

    119. In response to Paragraph 119 of the Complaint, Defendants repeat and reallege every allegation, admission, and denial set forth above in Paragraphs 1 through 41 as if fully set forth herein.

    120. In response to Paragraph 120 of the Complaint, Defendants deny the allegations contained therein.

    121. In response to Paragraph 121 of the Complaint, Defendants deny the allegations contained therein.

    122. In response to Paragraph 122 of the Complaint, Defendants deny the allegations contained therein.

    123. In response to Paragraph 123 of the Complaint, Defendants deny the allegations contained therein.

    124. In response to Paragraph 124 of the Complaint, Defendants deny the allegations contained therein.

125. In response to Paragraph 125 of the Complaint, Defendants deny the allegations contained therein.

## GENERAL DENIAL

Defendants deny any allegation in the Complaint that has not been admitted or addressed herein.

## AFFIRMATIVE DEFENSES

As and for their affirmative defenses, Defendants allege as follows:

### First Affirmative Defense
### (Failure to State a Claim)

1. Plaintiff fails to allege a claim upon which relief may be granted.

### Second Affirmative Defense
### (License)

2. The Complaint, and each and every purported claim for relief therein, is barred because Plaintiff granted an express and/or implied license to Defendants.

### Third Affirmative Defense
### (Estoppel)

3. Plaintiff's claims and/or remedies Plaintiff seeks are barred by the doctrine of estoppel.

### Fourth Affirmative Defense
### (No Personal Jurisdiction)

4. The Complaint, and each and every purported claim for relief therein, are barred because the Court lacks personal jurisdiction over Defendants.

**Fifth Affirmative Defense**

**(Fair Use – Lanham Act)**

5. Plaintiff's claims are barred, in whole or in part, by the doctrines of fair use, nominative fair use, and descriptive fair use pursuant to 15 U.S.C. § 1115(b).

**Sixth Affirmative Defense**

**(Lack of Causation of Damages)**

6. Plaintiff's claims are barred, in whole or in part, because any alleged conduct of Defendants did not proximately cause any damages, injury or loss to Plaintiff.

**Seventh Affirmative Defense**

**(Consent)**

7. The Complaint, and each and every purported claim for relief therein, are barred by Plaintiff's consent to the alleged acts and omissions.

**Eighth Affirmative Defense**

**(Justification)**

8. To the extent Defendants engaged in any of the acts complained of, such acts were excused, justified, and/or privileged.

**Ninth Affirmative Defense**

**(Waiver)**

9. Plaintiff's claims and/or remedies Plaintiff seeks are barred by the doctrine of waiver.

## Tenth Affirmative Defense
### (Innocent Infringement)

10. Plaintiff's claims are barred, in whole or in part, because any infringement, if any, was innocent.

## Eleventh Affirmative Defense
### (Good Faith)

11. Plaintiff's Complaint, and each claim for relief therein, is barred, in whole or in part, because Defendants acted reasonably and in good faith, at all times, based upon all relevant facts and circumstances known by Defendants at the time they acted.

## Twelfth Affirmative Defense
### (Failure to Exercise Reasonable Care)

12. Plaintiff's Complaint, and each claim for relief therein, is barred, in whole or in part, because Plaintiff failed to exercise reasonable and ordinary care, caution and/or prudence and the alleged injuries and damages, if any were suffered, were proximately caused and/or contributed to by Plaintiff's own negligent and/or intentional conduct, or the conduct of other parties and/or unauthorized individuals, and any recovery to which Plaintiff might be entitled must be reduced by reason of Plaintiff's contributory and/or comparative fault, or of other parties and/or unauthorized individuals.

## Thirteenth Affirmative Defense
### (Unclean Hands)

13. Defendants are informed and believe, and thereon allege, that the Complaint, and each and every purported claim for relief therein, is barred, in whole or in part, by reason of Plaintiff's inequitable conduct and/or unclean hands.

## Fourteenth Affirmative Defense

### (Failure to Mitigate)

14. Plaintiff has failed to mitigate his losses or damages, if any. Therefore, the damages, if any, should be barred or reduced by the amount of such damages that Plaintiff could have avoided.

## Fifteenth Affirmative Defense

### (Punitive Damages Unconstitutional)

15. Plaintiff is not entitled to recover punitive damages because the imposition of such damages violates the United States and California Constitutions, in that: (1) such damages are so punitive in purpose and effect as to constitute a criminal penalty, entitling Defendants to rights to be given to defendants in criminal proceedings under the United States and California Constitutions; (2) such damages constitute an impermissible restriction on speech and a violation of the First Amendment of the United States Constitution; (3) the imposition of such damages would violate Defendants' rights to due process and/or equal protection under the law, under the United States and California Constitutions; (4) such damages constitute an "excessive fine" under the United States and California Constitutions; and/or (5) the California punitive damages statute is unconstitutional in that it imposes an undue burden on interstate commerce.

## ADDITIONAL AFFIRMATIVE DEFENSES

Defendants allege that Plaintiff's Complaint does not describe the claims or facts being alleged with sufficient particularity to permit Defendants to ascertain what other defenses may exist. Defendants will rely on any and all further defenses that become available or appear during discovery in this action and specifically

reserve the right to amend this Answer for purposes of asserting such additional defenses.

# **PRAYER**

1. That Plaintiff takes nothing by way of his Complaint and that the Complaint be dismissed;
2. That Defendants be awarded their costs and attorneys' fees; and
3. For such other and further relief as the Court deems just and proper.

Dated: August 24, 2022

Respectfully submitted,

GRODSKY, OLECKI & PURITSKY LLP
Allen B. Grodsky
Tim B. Henderson

By: /s/ Allen B. Grodsky
      Allen B. Grodsky

Attorneys for Defendants Opulous, Ditto Ltd. d/b/a Ditto Music and Lee James Parsons

## **DEMAND FOR JURY TRIAL**

Defendants hereby demand trial by jury of this matter.

Dated: August 24, 2022

Respectfully submitted,

GRODSKY, OLECKI & PURITSKY LLP
Allen B. Grodsky
Tim B. Henderson

By: /s/ Allen B. Grodsky
     Allen B. Grodsky

Attorneys for Defendants Opulous, Ditto Ltd. d/b/a Ditto Music and Lee James Parsons