1  GRODSKY, OLECKI & PURITSKY LLP
   Allen B. Grodsky (SBN 111064)
2  *allen@thegolawfirm.com*
   Tim B. Henderson (SBN 281159)
3  *tim@thegolawfirm.com*
   11111 Santa Monica Boulevard, Suite 1070
4  Los Angeles, California 90025
   Telephone:  (310) 315-3009
5  Facsimile:   (310) 315-1557

6  Attorneys for Defendants Ditto Ltd.
   d/b/a Ditto Music and Lee James Parsons
7

8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10
                          WESTERN DIVISION
11

12 | MILES PARKS MCCOLLUM professionally known as LIL YACHTY; | Case No. 2:22-cv-00587-MWF-MAR
13 | | Before the Hon. Michael W. Fitzgerald, U.S. District Judge
14 | Plaintiff, |
15 | vs. | **NOTICE OF SETTLEMENT**
16 | OPULOUS, a foreign entity, and DITTO LTD, d/b/a DITTO MUSIC, a foreign entity, and LEE JAMES PARSONS, a citizen of a foreign country, | Action filed:  March 8, 2022
17 | | Trial:  October 17, 2023
   | | FPTC:  September 25, 2023
18 | |
19 | Defendants. |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT:

  Pursuant to Local Rule 16-15.7, Defendants Ditto Ltd. d/b/a Ditto Music and Lee James Parsons submit this Notice of Settlement to notify the Court that the above-entitled matter has been settled. The parties request 45 days to confirm the settlement in writing and file a dismissal of the action.

Dated: April 11, 2023    Respectfully submitted,

             GRODSKY, OLECKI & PURITSKY LLP
              Allen B. Grodsky
              Tim B. Henderson

             By:  /s/ Tim B. Henderson
                Tim B. Henderson

             Attorneys for Defendants Ditto Ltd. d/b/a Ditto Music and Lee James Parsons