JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MILES PARKS MCCOLLUM professionally known as LIL YACHTY;<br><br>          Plaintiff,<br><br>   vs.<br><br>OPULOUS, a foreign entity, and DITTO LTD, d/b/a DITTO MUSIC, a foreign entity, and LEE JAMES PARSONS, a citizen of a foreign country,<br><br>          Defendants. | Case No. 2:22-cv-00587-MWF(MARx)<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL** |

The Court has considered the Joint Stipulation of Dismissal in the above-captioned matter. The Court rules as follows:

The Complaint is hereby DISMISSED with prejudice and without costs to any party.

IT IS SO ORDERED.

Dated: June 2, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge